IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAIMEE UNDERWOOD, et al.    )
                            )
v.                          ) NO. 3:04-0680
                            ) JUDGE CAMPBELL
JAMES FITZGERALD, et al.    )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated October 3, 2005 (Docket No. 151) and Plaintiff's Objection thereto (Docket No. 156). The Court has reviewed the Magistrate Judge's findings, the Objections, and the record.

The Report and Recommendation is adopted and approved as to the attorneys' fees owed. The paragraph on page two of the Report and Recommendation to which Plaintiff objects is rejected as dicta, unnecessary to the decision.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE