IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAIMEE UNDERWOOD, et al. )
)
v. ) NO. 3:04-0680
) JUDGE CAMPBELL
JAMES FITZGERALD, et al. )

ORDER

Pending before the Court are Plaintiffs Jesse and Vera Dedman's Motion for Partial Summary Judgment (Docket No. 136) and Plaintiffs' Motion to Present Oral Argument (Docket No. 142). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion for Partial Summary Judgment (Docket No. 136) is GRANTED, and Plaintiffs' Motion to Present Oral Argument (Docket No. 142) is moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE