IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAIMEE UNDERWOOD, et al. )
)
v. ) NO. 3:04-0680
) JUDGE CAMPBELL
JAMES FITZGERALD, et al. )

ORDER

Pending before the Court is Plaintiff Underwood's Second Motion for Summary Judgment (Docket No. 173). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is GRANTED in part and DENIED in part. Judgment is granted for Plaintiff Underwood against Defendant Fitzgerald on the issue of Defendant Fitzgerald's recklessness in the incident of July 19, 2004, upon which this action is based.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE